USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __1/20/2022__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**ELMORE MURRAY,**

                        **Plaintiff,**

      **-against-**

**CITY OF NEW YORK,**

                        **Defendant.**

**1:21-CV-5835 (ALC) (DCF)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

      In light of the Parties' joint letter indicating that they have reached an agreement in principle, the Parties are directed to submit the finalized Settlement Agreement and fairness memorandum pursuant to *Cheeks* within thirty (30) days.

**SO ORDERED.**

**Dated:**    **Jan. 20, 2022**
             **New York, New York**

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**