UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
ELMORE MURRAY, on behalf of herself
and others similarly situated,

                             Plaintiff,

               -against-

CITY OF NEW YORK,

                             Defendant.
-------------------------------------------------------- x

1:21-cv-05835 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court is in receipt of the parties' Settlement Agreement and accompanying Joint Letter Motion for Approval of the Settlement Agreement, filed February 18, 2022. (ECF No. 20.) Having reviewed the Settlement Agreement, as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the Court finds it to be fair and reasonable, and approves the settlement. Accordingly, it is ORDERED that the above-captioned case be dismissed with prejudice in its entirety without fees or costs except as agreed to by the parties.

**SO ORDERED.**

**Dated**:   May 19, 2022
           New York, New York

                                               **ANDREW L. CARTER, JR.**
                                               **United States District Judge**